**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| CSC Leasing Co., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 3:24-CV-00556-DJN |
| | ) | |
| Immunicom, Inc., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff CSC Leasing Co. ("Plaintiff"), through counsel, moves for an entry of default judgment against Defendant Immunicom, Inc. ("Defendant"), due to its failure to file responsive pleadings or otherwise defend as to the Complaint.  In support, Plaintiff states as follows:

1.      Defendant has failed to file an answer or other responsive papers within the time required by the Federal Rules of Civil Procedure, without moving for an extension of time or any other relief.

2.      With Defendant having failed to appear, plead, or otherwise defend this action within the prescribed time allowed, and as provided in the Federal Rules of Civil Procedure, the Clerk entered default, per Rule 55(a) of the Federal Rules of Civil Procedure, on September 12, 2024.  (ECF No. 7.)

Joshua F.P. Long, Esq. (VSB No. 30285)
James K. Donaldson, Esq. (VSB No. 80307)
Woods Rogers Vandeventer Black PLC
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1600
Richmond, VA 23219
(804) 343-5020 (telephone)
(804) 325-4391 (facsimile)
josh.long@woodsrogers.com
jed.donaldson@woodsrogers.com

*Counsel to Plaintiff CSC Leasing Co.*

3.  Plaintiff's claim is for a sum certain.

4.  As a business entity, Defendant is not a minor or incompetent person, person under a disability, or person in the military.

5.  **Exhibit A**, attached hereto, is an affidavit from Plaintiff's undersigned counsel.

6.  **Exhibit B**, attached hereto, is an affidavit from Mason Corey, CSC Leasing Co.'s Vice President of Asset Management, regarding certain components of Plaintiff's claim.

7.  Pursuant to Local Rule 7(F)(2), this Motion is not accompanied by a brief, but Plaintiff incorporates by reference all the allegations of its Complaint.  (ECF No. 1.)

**WHEREFORE**, Plaintiff CSC Leasing Co. requests entry of Default Judgment pursuant to Rule 55(b)(2) and an Order awarding to CSC the aggregate amount of $1,179,904.96, based on the following components:

a.  Judgment in the principal amount of $1,091,903.40, for unpaid monthly rent;

b.  Late fees of $43,626.06;[1]

c.  Shipping costs incurred for certain Leased Equipment of $2,629.10;[2]

d.  2023 personal property taxes assessed by San Diego County, California of $8,489.19;[3]

e.  2024 personal property taxes assessed by San Diego County, California of $8,064.73;[3]

f.  Pre-judgment interest from June 3, 2024, in the amount of $20,282.48, and post-judgment interest pursuant to 28 U.S.C. § 1961(a) until the judgment is fully paid;

g.  Plaintiff's costs, expenses, and fees in pursuing this action, including reasonable attorneys' fees, which amount, as of September 24, 2024, is not less than $4,910.00;

h.  Directing Defendant to return to Plaintiff, or its duly authorized agent, the Leased Equipment (as defined in the Complaint) at the sole cost and expense of Defendant; alternatively, granting Plaintiff, without further judicial process, full authority to retake and repossess peacefully its Leased Equipment, including, without limitation, through peaceful entry into and onto any

---

[1] **Compl., Ex. 1**, at § 4(a) (CSC Master Lease).
[2] **Compl., Ex. 1**, at § 4(d) (CSC Master Lease).
[3] **Compl., Ex. 1**, at § 4(b) (CSC Master Lease).

property and premises at which Defendant may be holding the Leased Equipment; and

    i.    Any further relief that the Court deems proper.

DATED: September 24, 2024            CSC LEASING CO.

*/s/ James Donaldson*
Joshua F.P. Long, Esq. (VSB No. 30285)
James K. Donaldson, Esq. (VSB No. 80307)
Woods Rogers Vandeventer Black PLC
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1600
Richmond, VA 23219
(804) 343-5020 (telephone)
(804) 325-4391 (facsimile)
josh.long@woodsrogers.com
jed.donaldson@woodsrogers.com
*Counsel for CSC Leasing Co.*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served on September 24, 2024, to the following via First Class U.S. Mail, postage prepaid:

Immunicom, Inc.
6048 Cornerstone Court W, Suite D
San Diego, California 92121

Immunicom, Inc.
c/o – Corporation Service Company (R/A)
251 Little Falls Drive
Wilmington, DE 19808

*/s/ James Donaldson*

4