**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| CSC Leasing Co., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 3:24-CV-00556-DJN |
| | ) | |
| Immunicom, Inc., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

Upon due consideration of Plaintiff CSC Leasing Company's ("Plaintiff") Motion For Default Judgment (the "Motion") against Defendant Immunicom, Inc. (the "Defendant"), and it appearing that the Court has jurisdiction over the subject matter and the parties in this case; that the Clerk of this Court has entered the default of the Defendant; and that Plaintiff is entitled to the relief requested in its Motion, it is accordingly ORDERED that Plaintiff's Motion is hereby GRANTED, and the Clerk of the Court is DIRECTED to enter a judgment in favor of Plaintiff CSC Leasing Co. against Defendant Immunicom, Inc., in the total amount of $1,179,904.96, based on (i) unpaid rent of $1,091,903.40, plus (ii) late fees of $43,626.06, plus (iii) shipping charges of $2,629.10, plus (iv) 2023 personal property taxes of $8,489.19 and 2024 personal property taxes of $8,064.73, plus (v) pre-judgment interest since June 3, 2024, at the rate of 6.0 percent, in the amount of $20,282.48, as of September 24, 2024, plus (vi) costs and reasonable attorneys' fees of $4,910.00, as of September 24, 2024, as well as post-judgment interest pursuant to 28 U.S.C. § 1961(a) until the judgment is fully paid.

It is further ORDERED that the Defendant shall return to Plaintiff, or its duly authorized

agent(s), the Leased Equipment, as defined in the Complaint, at the sole cost and expense of Defendant; alternatively, Plaintiff is granted, without further judicial process, full authority to retake and repossess peacefully its Leased Equipment, including, without limitation, through peaceful entry into, and onto, any property and premises at which the Defendant may be holding or storing the Leased Equipment.

It is SO ORDERED.

ENTERED: _____    _____

U.S. DISTRICT JUDGE DAVID J. NOVAK