**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| CSC Leasing Co., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 3:24-CV-00556-DJN |
| | ) | |
| Immunicom, Inc., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### AFFIDAVIT PURSUANT TO RULE 55(b)

Pursuant to 28 U.S.C. § 1746, James K. Donaldson, being duly sworn, deposes and says:

1.      I am authorized to make this affidavit on behalf of Plaintiff CSC Leasing Co. ("Plaintiff"), being one of its attorneys in this matter, and have personal knowledge of the facts set forth in this Affidavit.

2.      On August 2, 2024, Plaintiff filed a Complaint against Defendant Immunicom, Inc. ("Defendant").

3.      Defendant, having been served with the Complaint, has failed to answer or otherwise defend in response to the Complaint, and the time has elapsed for Defendant to respond.

4.      With Defendant having failed to appear, plead, or otherwise defend this action within the prescribed time allowed, and as provided in the Federal Rules of Civil Procedure, the Clerk entered default against the Defendant on September 12, 2024.  (ECF No. 7.)

5.      As a business entity, Defendant is not a minor or incompetent person, person under a disability, or person in the military.

6.  Plaintiff's claim is for a sum certain, in the total amount of $1,179,904.96, as derived from the Complaint, filed on August 2, 2024; the attached affidavit of Mason Corey of CSC Leasing Co.; and the following amounts:

a.  Judgment in the principal amount of $1,091,903.40, for unpaid monthly rent;

b.  Late fees of $43,626.06;[1]

c.  Shipping costs incurred for certain Leased Equipment of $2,629.10;[2]

d.  2023 personal property taxes assessed by San Diego County, California of $8,489.19;[3]

e.  2024 personal property taxes assessed by San Diego County, California of $8,064.73;[3]

f.  Plaintiff's costs, expenses, and fees in pursuing this action, including reasonable attorneys' fees, which amount, as of September 24, 2024, is not less than $4,505.05 for legal fees and $405.00 for the Court's filing fee.  These attorneys' fees are calculated as follows:

| LAWYER | EXPERIENCE | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Donaldson, James | Admitted 2010 | $425.00 | 10.6 | $4,505.00 |

These attorneys' fees are reasonable and customary in the Richmond, Virginia, market for the work performed, which work is necessary and appropriate for obtaining this judgment.

g.  Pre-judgment interest on the principal amount at the annual rate of 6.0 percent from June 3, 2024, which amount as of September 24, 2024—being 113 days since the principal amount of $1,091,903.40 was due in full—is $20,282.48.

---

[1] **Compl., Ex. 1**, at § 4(a) (CSC Master Lease).
[2] **Compl., Ex. 1**, at § 4(d) (CSC Master Lease).
[3] **Compl., Ex. 1**, at § 4(b) (CSC Master Lease).

7.      This affidavit is provided in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure for the purpose of obtaining entry of Default Judgment against the Defendant for its failure to answer or otherwise defend against Plaintiff's Complaint.

8.      I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 24, 2024                                  */s/ James Donaldson*
                                                          James K. Donaldson
                                                          (VSB No. 80307)