**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| CSC Leasing Co., )<br><br>    *Plaintiff,* )<br><br>v. )<br><br>Immunicom, Inc., )<br><br>    *Defendant.* )| Civil Action No. 3:24-CV-00556-DJN |

## AFFIDAVIT PURSUANT TO RULE 55(b)

Pursuant to 28 U.S.C. § 1746, Mason Corey, deposes and says:

1.      I am authorized to make this affidavit on behalf of Plaintiff CSC Leasing Co., and I have personal knowledge of the facts set forth in this Affidavit.

2.      I am the Vice President of Asset Management at CSC Leasing Co., and my regular day-to-day duties include the review of accounts receivable and defaults by counterparties.

3.      I am familiar with CSC Leasing Co.'s Complaint[1] against Defendant Immunicom, Inc.

4.      As of the date of this Affidavit, Immunicom Inc. owes to CSC the aggregate sum of $1,154,712.58, *excluding* legal fees and costs and pre-judgment interest.

5.      The sum of $1,154,712.58 includes the following components:

    a.  $1,091,903.50 for unpaid rent due under the Master Lease, Lease Schedules, and Accumulating Schedules;

    b.  $43,626.06 for late fees and charges;

    c.  $2,629.10 for shipping charges incurred in connection with certain Leased Equipment;

---

[1] Unless stated otherwise, capitalized terms not defined in this Affidavit shall have the meaning ascribed to them in the Complaint.

    d. $8,489.19 for personal property taxes assessed against the Leased Equipment by San Diego County, California for 2023; and

    e. $8,064.73 for personal property taxes assessed against the Leased Equipment by San Diego County, California for 2024.

6. As a business entity, Immunicom, Inc. is not a minor or incompetent person, person under a disability, or person in the military.

7. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON SEPTEMBER 23, 2024

MASON COREY

2