IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CSC LEASING CO.,
    Plaintiff,

v.                                     Civil No. 3:24cv556 (DJN)

IMMUNICOM, INC.,
    Defendant.

## ORDER
### (Directing Plaintiff to Respond)

This matter comes before the Court on Plaintiff's Motion for Default Judgment, (ECF No. 8 ("Motion")), requesting that the Court enter default judgment against Defendant due to its failure to file responsive pleadings or otherwise defend against the Complaint. Upon review of Plaintiffs' Motion and accompanying affidavits, as well as the Complaint, the Court has identified aspects of Plaintiff's damages calculations that require additional clarification.

To allow the Court to fully assess the scope of Plaintiff's damages and respond to the Motion, the Court hereby DIRECTS Plaintiff to file, within seven (7) days of the entry of this Order, supplemental briefing and/or affidavits to explain the following:

(1) any discrepancies between the basic monthly rent amounts for Schedules A, B, C, D and F listed in the Complaint (ECF No. 1 ¶¶ 24, 30, 36, 40 and 44) and the corresponding rent amounts listed within the attached copies of Schedules A, B, C, D and F (ECF Nos. 1-2 through 1-6);

(2) the calculation of the total amounts due under each of Schedules A, B, C, D and F (ECF No. 1 ¶¶ 28, 34, 38, 42 and 46), articulating how much Defendant owes under each category of damages listed;

(3) the calculation of the amount due under the Accumulating Schedules (ECF No.1 ¶ 57), articulating how much Defendant owes under each category of damages listed; and,

(4) the calculation of late fees (ECF No. 1 ¶ 68).

The Court reminds Plaintiff that, in all circumstances, "a default judgment may not exceed [the] amount that is prayed for in the demand for judgment." *In re Genesys Data Technologies, Inc.*, 204 F.3d 124, 132 (4th Cir. 2000). Thus, Plaintiff stands limited to obtaining only the relief requested in the Complaint. To the extent that the Motion seeks additional relief beyond that contemplated in the Complaint, the Court will deny such a request.

Let the Clerk file a copy of this Order and electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: November 18, 2024

2