**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| CSC Leasing Co., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 3:24-CV-00556-DJN |
| | ) | |
| Immunicom, Inc., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT PURSUANT TO RULE 55(b)**

Pursuant to 28 U.S.C. § 1746, Mason Corey, deposes and says:

1.       I am authorized to make this Affidavit on behalf of Plaintiff CSC Leasing Co. ("Plaintiff"), and I have personal knowledge of the facts set forth in this Affidavit.

2.       I am the Vice President of Asset Management at CSC Leasing Co., and my regular day-to-day duties include the review of accounts receivable and defaults by counterparties, and supervision of employees related to those matters.

3.       I am familiar with Plaintiffs's Complaint[1] against Defendant Immunicom, Inc., as well as the figures and information provided in Plaintiff's *Verified Supplement To Motion For Default Judgment And Response To Court Order*, to which this affidavit is attached.

4.       The figures and information provided on behalf of Plaintiff CSC in the *Verified Supplement To Motion For Default Judgment And Response To Court Order* are true and correct.

5.       Defendant Immunicom, Inc. owes to Plaintiff damages of $1,140,439.56, which is comprised of (a) $718,664.20, for past due basic rent and other monthly amounts; (b) $305,192.81,

---

[1] Unless stated otherwise, capitalized terms not defined in this Affidavit shall have the meaning ascribed to them in the Complaint.

2

for prospective unbilled rent and other monthly amounts; (c) $68,046.49, for past due accumulating rent; (d) $43,626.06 in late fees; and (e) $4,910.00, for legal fees and costs as of September 24, 2024.

6.    As a business entity, Immunicom, Inc. is not a minor or incompetent person, person under a disability, or person in the military.

7.    I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON NOVEMBER 25, 2024    _____
MASON COREY