CDTFA-230-M REV. 3 (2-18)
**PARTIAL EXEMPTION CERTIFICATE FOR
MANUFACTURING, RESEARCH AND DEVELOPMENT EQUIPMENT**

STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

## Section 6377.1

This is a partial exemption from sales and use taxes at the rate of 4.1875 percent from July 1, 2014, to December 31, 2016, and at the rate of 3.9375 percent from January 1, 2017, to June 30, 2022. You are not relieved from your obligations for the remaining state tax and local and district taxes on this transaction. This partial exemption also applies to lease periods occurring on or after July 1, 2014, and before July 1, 2022, for leases of qualified tangible personal property even if the lease agreement was entered into prior to July 1, 2014.

**I hereby certify** that the tangible personal property described below and purchased or leased from:

SELLER'S/LESSOR'S NAME

CSC Leasing

SELLER'S/LESSOR'S ADDRESS *(street, city, state, ZIP code)*

6802 Paragon Place, Suite 350, Richmond, VA 23230

is qualified tangible personal property and will be used by me primarily *(please check one):*

1. ☐  for manufacturing, processing, refining, fabricating, or recycling;
2. ☑  for research and development;
3. ☐  to maintain, repair, measure, or test any property being used for (1) or (2) above; **or**
4. ☐  as a special purpose building and/or foundation.

Description of qualified tangible personal property purchased or leased[1]

Cytiva – Akta Pure lab equipment, Eppendorf – BioFlo 120, and Eppendorf – BioFlo 320

If this is a specific partial exemption certificate, provide the purchase order or sales invoice number and a precise description of the property being purchased. If you want this certificate to be used as a blanket certificate for future purchases, describe generally the type of property you will be purchasing and ask your vendor to keep this certificate on file.

I, as the undersigned purchaser, hereby certify I am primarily engaged in manufacturing, processing, refining, fabricating, or recycling as described in codes 3111 to 3399 in the North American Industry Classification System (NAICS)[2] or I am primarily engaged in biotechnology, or physical, engineering, and life sciences research and development as described in codes 541711 and 541712 of the NAICS.

I understand that by law, I am required to report and pay the state tax (calculated on the sales price/rentals payable of the property) at the time the property is purchased, removed, converted, or used if:

- the purchase exceeds the $200 million limitation;
- the property is removed from California within one year of the date of purchase or lease;
- the property is converted for use in a manner not qualifying for the exemption; **or**
- the property is used in a manner not qualifying for the partial exemption.

| NAME OF PURCHASER | SIGNATURE OF PURCHASER, PURCHASER'S EMPLOYEE, OR AUTHORIZED REPRESENTATIVE |
|---|---|
| Immunicom, Inc. | *Angie Lopez* |
| PRINTED NAME OF PERSON SIGNING | TITLE |
| Angie Lopez | Business Operations Analyst |

ADDRESS OF PURCHASER

6048 Cornerstone Court West, Suite D, San Diego, CA 92121

| PERMIT NUMBER *(if you are not required to hold a permit, explain why)* | TELEPHONE NUMBER |
|---|---|
| They do not issue one | ( 805    )  512-6516 |
| EMAIL ADDRESS OF PERSON SIGNING | DATE |
| angie.lopez@immunicom.com | 3/29/2021 |

[1] See Regulation 1525.4 (b)(9) for a description of what is included and excluded from "qualified tangible personal property."
[2] *Official 2012 US NAICS Manual,* U.S. Office of Management and Budget, 2012 edition.